# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**UNITED STATES OF AMERICA**

vs.                                              Civil No. 5:09cv302-RS/AK

**REAL PROPERTY LOCATED AT
1656 BRICKYARD ROAD,
CHIPLEY, FLORIDA, WITH
ALL IMPROVEMENTS AND
APPURTENANCES THEREON**

_____/

## DECREE OF FORFEITURE

Before me is the Government's Motion for Decree of Forfeiture (Doc. 15). I find as follows:

1. On September 3, 2009, a Verified Complaint of Forfeiture In Rem against the defendant property, 1656 Brickyard Road, Chipley, Florida, with all improvements and appurtenances thereon, was filed on behalf of the United States of America. The Complaint alleges that the defendant property is forfeitable to the United States of America pursuant to 18 U.S.C. § 981(a)(1).

2. A Notice of Forfeiture Action was published on an official government Internet site, www.forfeiture.gov, for 30 consecutive days beginning October 22, 2009, pursuant to Rule G (a)(4)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

3. The facts set out in the Declaration (Doc. 15-1) filed by the United States demonstrate sufficient grounds for forfeiture of the real property.

**IT IS ORDERED:**

1. The claim filed by Dr. Muhammad Siddiqui shall be recognized. Upon sale, the

United States of America shall issue a check for $25,000.00 from the proceeds made payable to Alvin Peters and Muhammad Siddiqui, 25 East 8th Street, Panama City FL 32401.

    2.    The right, title, and interest to the property located at 1656 Brickyard Road, Chipley, Florida, more specifically described in Exhibit A, with all improvements and appurtenances thereon, is condemned, forfeited, and vested in the United States of America, and no right, title, or interest in the property shall exist in any other party, other than claimant Dr. Muhammad Siddiqui.

    3.    The defendant property shall be disposed of according to the law.

**ORDERED** on April 26, 2010.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**

**Exhibit "A"**

Parcel #00000000-00-2072-0008, Chipley, Florida, more particularly described as: Commencing at the NW corner of the SW 1/4 of SW 1/4 of NW 1/4 of Section 8, Township 4 North, Range 13 West, Washington County, Florida; thence run S89°22'30" E 660.0 feet; thence run S00°24'40"E 215.82 feet to the Point of Beginning; thence continue S00°24'30"E 121.48 feet; thence N89°28'30"W 335.70 feet; thence N00°13'30"W 120.88 feet; thence S89°34'30"E 335.30 feet to the Point of Beginning.